IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERSHEY ENTERTAINMENT & RESORTS COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RADISSON HOTELS INTERNATIONAL, INC., and PENN LODGE PARTNERS LP, <br><br> Defendants. | CIVIL ACTION NO. 1:11-cv-1159 |

## UNCONTESTED MOTION FOR EXTENSION OF TIME

Defendant Penn Lodge Partners LP ("Defendant") by and through its undersigned counsel, hereby moves for an extension of time to file an Answer or to otherwise plead to Plaintiff's Complaint and in support of this request avers the following:

1. On June 17, 2011 Plaintiff Hershey Entertainment & Resorts Company instituted suit against Defendant.

2. Defendant waived service of the Complaint in this action on June 20, 2011. Defendant's response to the Complaint is due on or before August 19, 2011.

3. Defendant's counsel has discussed this case with Plaintiff's counsel by telephone and email.

4. Plaintiff's counsel has agreed that Defendant may have an extension of time, until September 19, 2011, to Answer or otherwise respond to the Complaint.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this Uncontested Motion for Extension of Time, giving Defendant until September 19, 2011 to file its Answer or otherwise respond to Plaintiff's Complaint.

DM1\2796849.1

Respectfully submitted,

**DUANE MORRIS LLP**

_____
Samuel W. Apicelli
Christiane S. Campbell
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

*Attorneys for Defendant Penn Lodge Partners LP*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff via telephone and email regarding the foregoing motion and that counsel for Plaintiff consents to the relief requested.

/Samuel W. Apicelli

DM1\2796849.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERSHEY ENTERTAINMENT & RESORTS COMPANY,<br><br>Plaintiff,<br>v.<br><br>RADISSON HOTELS INTERNATIONAL, INC., and PENN LODGE PARTNERS LP,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-1159 |

## ORDER

AND NOW, this _____ day of August, 2011, upon consideration of Defendant Penn Lodge Partners LP's ("Defendant") Uncontested Motion For Extension Of Time, it is hereby ORDERED that the Motion is GRANTED and that Defendant shall have until September 19, 2011 to Answer or to otherwise respond to Plaintiff's Complaint.

**BY THE COURT:**

_____, J.

4

## CERTIFICATE OF SERVICE

I, Christiane S. Campbell, hereby certify that on August 18, 2011 I caused a true copy of the foregoing to be served on the following counsel of record via the Court's ECF system:

>Harvey Freedenberg
>McNees Wallace & Nurick LLC
>100 Pine Street
>P.O. Box 1166
>Harrisburg, PA  17108-1166

**DUANE MORRIS LLP**

By: _____
Christiane S. Campbell